(954) 608-1644          JOHN B. BELL          johnbelllaw@hotmail.com

January 23, 2014

Pro Se Clerk
United States District Court
Southern District of New York
U. S. Courthouse-500 Pearl Street
New York, NY 10007

                    Re: Bell v. HESC, et al.
                        Doc. # 13-CV-7233 (AJN)
                        2d Circuit Docket No. 13-4696

Dear Sir/Madam:

Referencing the 2d Circuit's Order dated January 13, 2014, this is to in-
form you that the five hundred and five dollar ($505) filing fee for this ap-
peal, was paid on December 4, 2013 and attached to the Notice of Appeal.
On the above date, appellant contacted the U.S.P.S. requesting that the Ex-
press Mail parcel (EI 577087695 US) be tracked to ascertain when it was
delivered and was informed that it was delivered to the Courthouse on De-
cember 3, 2013, and signed for by "P. GELARDI".

Appellant contacted Western Union and ascertained that the Money Orders
had not been negotiated. On their advice, appellant is sending the Money
Orders and upon receipt of same, a Stop Payment Order will be issue and
appellant will be sent a refund. Document attesting to the information of
these events, are annexed hereto.

On November 19, 2013, appellant moved the District Court for Reconsid-
eration of its Order of October 31, 2013. [Dkt No. 6]. The motion  was
denied on December 16, 2013 and served upon Appellant by First Class
Mail, on December 20, 2013. Appellant respectfully requests that pursu-
ant to Local Rule 31.2 (a)(1)(A), that the Court will reschedule the time
for submitting his Brief within 40 days of the receipt of the last pleading.

3400 FOXCROFT ROAD NO. 115  MIRAMAR, FL 33025-4121

FROM THE DESK OF
# JOHN BELL

Thank you for your anticipated consideration and cooperation in this matter..

Respectfully yours,

John B.  Bell, Appellant, Pro Se

| ZIP Code | Day of De... |  | ...livery |  | ...m) |
|---|---|---|---|---|---|
| 33025 | ☐ Next ☐ 2nd ☐ 2nd Del. Day | $ 19 41 | Mo.   Day | ☐ PM | |
| ...te Accepted | Scheduled Date of Delivery | Return Receipt Fee | Delivery Date | Time | Employee Signature |
| 13 | 17 | $ | Mo.   Day | ☐ AM | |
| ...y   Yes | Scheduled Time of Delivery | COD Fee | Insurance Fee | ☐ PM | |
| ☐ AM | ☐ Noon ☐ 3 PM | $ | | | |
| 1 50 ☐ PM | Military | Total Postage & Fees | | | |
| ...t Rate ☐ or Weight | ☐ 2nd Day ☐ 3rd Day | $ | | | |
| | Int'l Alpha Country Code | Acceptance Emp. Initials | | | |
| lbs.   ozs. | | MB | | | |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

**WAIVER OF SIGNATURE** *(Domestic Mail Only)*
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

Federal Agency Acct. No. or
Postal Service Acct. No.

**NO DELIVERY**
☐ Weekend   ☐ Holiday   ☐ Mailer Signature

**FROM: (PLEASE PRINT)**   PHONE ( )

John B. Bell
400 Foxcroft Road #115
Miramar, FL 33025

B. GERARDO

**TO: (PLEASE PRINT)**   PHONE ( )

Pro Se Clerk
United States District Court
Southern District of New York
US Court house - 500 Pearl Street
New York, NY 10007

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

1 0 0 0 7 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

**FOR PICKUP OR TRACKING**
sit **www.usps.com**
all 1-800-222-1811
≡EMS

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**



Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 324783 LOC 000652 DT 120213 $500.00 5HUNDREDDOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

**✱ 1 4 8 2 0 7 9 1 8 5 8 ✱**

---

**MONEY ORDER RECEIPT - NON NEGOTIABLE**



Try the new Western Union Payments service for all your bills and get guaranteed proof of payment. To learn more and to search over 10,000 billers, goto WesternUnionPaysMyBills.com.

AGT 324783 LOC 000652 DT 120213 $5.00 5DOLLARS AND NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer service, call 1-800-999-9660.

**✱ 1 4 8 2 0 7 9 1 8 5 9 ✱**

LOAD THIS DIRECTION, THIS SIDE UP

Pembroke Chevron
8881 Pembroke Rd.
Pembroke Pines, FL, 33025-2094
113990-B002

2/02/2013                    02:47:45 PM


================================================

-------------- Sales Receipt --------------

Product          Sale      Final
escription       Qty       Price
_____

M Express         1        $19.95
    (Flat Rate Env PO-Addressee)
    (Scheduled Delivery Day: Tue 12/03 12:00
PM)
    (NEW YORK, NY  10007)
    (Money Back Guarantee)
    (Signature Waiver)
    (Label #:EI577087673US)
_____

otal                       $19.95
_____

ash                        $20.00
hange                     ($0.05)



            Thank you!

ll#:   1-13909-1-2117519-2

lerk:   INDIA

   All sales final on stamps and postage.

USPS.com® - USPS Tracking™                                    https://tools.usps.com/go/TrackConfirmAction.action?tRef=full...

**USPS.COM**                                                    Search USPS.com or Track Packages

**Quick Tools**
Track
Print a Shipping Label    Find
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find a ZIP Code
Hold Mail
Change of Address

Ship a Package       Send Mail       Manage Your Mail       Shop       Business Solutions

# USPS Tracking™

✉ Customer Service ›
Have questions? We're here to help.

**Tracking Number: EI577087673US**

**Scheduled Delivery Date: December 3, 2013, 12:00 pm**
**Money Back Guarantee**
Signed for By: P GELARDI  //  NEW YORK, NY  10007 //  12:34 pm

**Requested label is archived.**

**Restore Archived Details ›**

## Product & Tracking Information

### Available Options

**Postal Product:**            **Features:**
Priority Mail Express 1-Day™    $100 insurance included      PO to Addressee

**Proof of Delivery**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 4, 2013 , 12:34 pm | Delivered | NEW YORK, NY 10007 |

## Track Another Package

**What's your tracking (or receipt) number?**

[                                        ]    Track It

**LEGAL**                    **ON USPS.COM**              **ON ABOUT.USPS.COM**          **OTHER USPS SITES**

Privacy Policy ›            Government Services ›        About USPS Home ›              Business Customer Gateway ›
Terms of Use ›             Buy Stamps & Shop ›          Newsroom ›                    Postal Inspectors ›
FOIA ›                    Print a Label with Postage › USPS Service Alerts ›          Inspector General ›
No FEAR Act EEO Data ›     Customer Service ›           Forms & Publications ›         Postal Explorer ›
                          Delivering Solutions to the Last Mile ›   Careers ›
                          Site Index ›

**USPS.COM**    Copyright© 2014 USPS. All Rights Reserved.

POSTAL SERVICE™

Date: January 22, 2014

John Bell:

The following is in response to your January 22, 2014 request for delivery information on your Priority Mail Express® item number EI577087673US.  The delivery record shows that this item was delivered on December 4, 2013 at 12:34 pm in NEW YORK, NY 10007 to P GELARDI. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service







ZIP – USPS TRACKING NUMBER

UNITED STATES
POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES

# PRIORITY
★ M A I L ★

FROM: John B. Bell
3400 Foxcroft Road #115
Miramar, FL 33025

Label 228, July 2013

FOR DOMESTIC AND INTERNATIONAL

TO: Pro Se Clerk
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl St.
New York, NY 10007

JAN 27 2014
PRO SE OFFICE

# PRIORITY
★ M A I L ★

* DATE OF DELIVERY SPECIFIED*

* USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED*

PICKUP AVAILABLE
* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



♻ This envelope is made from post-consumer waste. Please recycle - again.